# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:22-CV-00056-KDB-DSC

| | |
|---|---|
| LANGTREE PROPERTIES LLC et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| RSR SYCAMORE II LP, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for David Smith and Theresa E. Loscalzo]" (documents ##5 and 6) filed May 31, 2022. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: June 3, 2022

David S. Cayer
United States Magistrate Judge