# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| LVA Investments, LLC<br>Langtree Properties, LLC, | ) <br> ) <br> ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) <br> ) | 5:22-cv-00056-KDB-SCR |
| vs. | ) <br> ) | |
| RSR Sycamore II, LP, | ) <br> ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 22, 2023 Order.

June 22, 2023

Katherine Hord Simon, Clerk
United States District Court